UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

              10-cr-00905-LTS-57

      - against -

              **AFFIRMATION OF PATRICK JOYCE**

THEODORE JONES,
        Defendant.
-----------------------------------------------------------X

      PATRICK JOYCE, ESQ., affirms under penalty of perjury as follows:

1. I am the attorney of record for the Defendant, Theodore Jones, and I am duly admitted to practice law before this Court.

2. I make this affirmation in support of Defendant's pre-trial motion for a Bill of Particulars.

3. As detailed more fully in the accompanying memorandum of law, which is annexed hereto, Defendant's pre-trial motion for a Bill of Particulars should be granted.

Respectfully submitted.

Dated: May 31, 2013
      New York, New York

*Patrick Joyce*
Patrick Joyce
Attorney for Theodore Jones
70 Lafayette St. – 2nd Floor
New York, New York