LAW OFFICES *of*
SUSAN V. TIPOGRAPH

Susan V. Tipograph
ATTORNEY AT LAW
stipograph@yahoo.com

FILED BY ECF AND EMAIL

June 22, 2018

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-2018
```

Re: **United States v. Theodore Jones**
    Docket No.: 10 Cr. 905 (LTS)

Dear Judge Swain:

    Mr. Jones is scheduled to be sentenced on Wednesday, June 27, 2018, I am writing, with no objection from the government, seeking to adjourn the matter for about a month. Due to Ms. O'Neill going on parental leave and my having to deal with some personal and family medical matters, we have not been able to complete the necessary work to prepare for sentencing.

    I have communicated with AUSA Micah Smith and the government has no objections to this request. I would request that the matter be adjourned to any of the following dates: July 24, 25, 26, 31 or August 1, 2 or 6, 2018. I thank the Court in advance for your attention and courtesy.

Very truly yours,

Susan V. Tipograph

cc: AUSA's Micah Smith/Andrew Adams
    (by ECF and email)

*The sentencing is adjourned to August 6, 2018, at 10:30 AM.*

SO ORDERED:

/s/ 6/22/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE