UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　　　No. 10-CR-905-LTS

THEODORE JONES,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

       Defendant.

-------------------------------------------------------x

       The Court has received Mr. Jones' motion for Compassionate Release pursuant to 18 U.S.C. § 3582. (Docket Entry No. 2338.) The Government must file its written response to the foregoing application by **September 25, 2020, at 5:00 p.m.** A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov. Any reply must be filed by **October 2, 2020, at 5:00 p.m.** Medical and other sensitive personal information may be redacted from the publicly filed submissions, emailed directly to Chambers, and filed under seal. Counsel must file the redacted portions of the submissions in hard copy with the Clerk of Court, in a sealed envelope along with a copy of this order.

       SO ORDERED.

Dated: New York, New York
　　　　September 11, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　___/s/ Laura Taylor Swain_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge